FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0582

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0582

KIM NORQUAY, JR.,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

## GRANT OF EXTENSION

Counsel for Appellant Kim Norquay, Jr., has filed an unopposed motion seeking a 30-day extension of the briefing deadlines in this matter. Counsel asserts the continuance is necessary because, upon review of the record, he has determined he has a conflict of interest and is no longer able to represent the Appellant in this matter. Consequently, the Appellate will require new counsel. Once located, that counsel will require additional time to review the record and prepare the Appellant's Opening Brief.

The State does not object to the Motion.

THEREFORE, the Motion is Granted.  The Opening Brief in this Matter, currently due on April 4, 2022, is now due on May 4, 2022.  The Office of the Appellate Defender is directed to locate new counsel for this Appellant.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022